UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRAVEL PASS GROUP, LLC, et al.,

Plaintiffs,

v.

EXPEDIA, INC.,

Defendant.

_____

Underlying Case: *TravelPass Gourp, LLC, et al. v. Caesars Entertainment Corp., et al.*, Case No. 5:18-cv-0153CMC-RWS (E.D. Tex.).

No. MC19-0142RSL

ORDER

This matter comes before the Court on a motion to compel filed by the plaintiffs in the underlying antitrust litigation pending in the United States District Court for the Eastern District of Texas. Dkt. # 1. The target of the subpoena, Expedia, Inc., has opposed the requested relief. In light of the contested nature of this proceeding, the Clerk of Court is directed to assign a civil action number.

Dated this 12th day of November, 2019.

Robert S. Lasnik
United States District Judge